UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTOR CARROWAY,

               Plaintiff,

-against-

JO ANNE B. BARNHART, COMMISSIONER OF
SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0557 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on June 26, 2006, remanding plaintiff's claim for further administrative proceedings, to locate plaintiff's hearing tape, or, if the hearing tape cannot be located within sixty (60) days of the date of this Order, to reconstruct plaintiff's file and issue a new decision, pursuant to the sixth sentence of 42 U.S.C. § 405(g); it is

ORDERED and ADJUDGED that plaintiff's claim is remanded for further administrative proceedings, to locate plaintiff's hearing tape, or, if the hearing tape cannot be located within sixty (60) days of the date of this Order, to reconstruct plaintiff's file and issue a new decision, pursuant to the sixth sentence of 42 U.S.C. § 405(g).

Dated: Brooklyn, New York
         June 28, 2006

                                               s/Robert C. Heinemann
                                               ROBERT C. HEINEMANN
                                               Clerk of Court